## Irving H. Siegal, Appellant, v. Trav-ler Radio Corporation, Appellee.

### Gen. No. 45,110.

Heard in the first division, first district, this court at the April term, 1950. Wilhartz & Hirsch, for appellant; Samuel E. Hirsch, and Warren Krinsky, of counsel; Marshall & Marshall, for appellee; Maurice G. Shanberg, and Charles D. Stein, of counsel. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed October 9, 1950; released for publication November 17, 1950.